

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>MARVIN I. BERRIOS,<br><br>    Debtor. | Case Number: 23-14983-MCR<br>(Chapter 13) |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM1, ASSET BACKED PASS THROUGH CERTIFICATES,<br><br>    Movant,<br><br>v.<br><br>MARVIN I. BERRIOS,<br><br>    Respondent. | |

<u>NOTICE OF CONTEMPLATED DENIAL OF MOTION FOR NON-PROSECUTION</u>

On March 18, 2025, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1,

Asset Backed Pass-Through Certificates (the "<u>Movant</u>") filed a Motion for Relief from Automatic Stay on Real Property Located at 9901 East Light Drive, Silver Spring, Maryland 20902 [Dkt. No. 43] (the "<u>Motion</u>").  The Motion was scheduled for a hearing on April 24, 2025, and the Court removed the hearing from its calendar on the request of the Movant.  There has been no significant activity with regard to the Motion for at least ninety (90) days, there is no hearing scheduled on the Motion, and there are no deadlines pending in connection with the Motion.

     NOTICE IS HEREBY GIVEN, pursuant to Local Bankruptcy Rule 7055-1 and Local Bankruptcy Rule 9014-2, that the Court will deny the Motion without prejudice unless, within thirty (30) days after the date of this Notice, the Movant presents good and sufficient cause in writing why the Motion should not be denied.  Alternatively, the Movant may upload a proposed order granting the motion (if the Respondent failed to respond to the Motion), re-notice the hearing on the Motion, or upload a proposed consent order resolving the Motion.  If there is no adequate response to this Notice by the deadline set forth herein, the Court may deny the Motion without further notice or a hearing.

cc:    Debtor
        Debtor's Counsel
        Movant
        Movant's Counsel
        Chapter 13 Trustee

**END OF ORDER**